IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jonathan Daniels,

    Plaintiff(s),

vs.

D&M Carriers, LLC, et al.,

    Defendant(s).

Case Number: 1:16cv909

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 22, 2017 (Doc. 30), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 6, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is DISMISSED pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendants motions to dismiss and for judgment on the pleadings (Docs. 14 and 27) are GRANTED. Plaintiff's motion to continue proceedings (Doc. 29) is DENIED as moot. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court